1
2
3
4
5              IN THE UNITED STATES BANKRUPTCY COURT

6                   FOR THE DISTRICT OF ARIZONA

7

8    In re:                              Chapter 7

9    ERIC REINERT,                       Case No. 06-2240

10

11                                       ORDER SETTING EXPEDITED HEARING
                          Debtor.        ON TRUSTEE'S OBJECTION TO
12                                       DEBTOR'S MOTION TO APPEAR
                                         TELEPHONICALLY AT 341 MEETING OF
13                                       CREDITORS

14

15          This matter comes before the Court on a letter ("Motion") filed by Debtor

16   requesting that he be allowed to appear telephonically at his 341 meeting of creditors on

17   December 22, 2006 at 8:15 a.m.[1]  The Debtor's Motion states that he must work the day of the

18   hearing and cannot afford to take time off.  Also, he has only been at the job a short time and

19   worries that requesting time off so early in the employment would reflect poorly on him in the

20   eyes of his employer.

21          The Chapter 7 Trustee, in this case, S. William Manera, objects.  Thus, the Court

22   must conduct a hearing in the matter.  If the Debtor has not yet filed Amended Schedules at the

23   time of the hearing, he should come prepared to explain why the Schedules have not been filed.

24   The Debtor must also come prepared to discuss when he will be able to obtain time off from

25   work to attend his 341 meeting.

26          Based upon the foregoing,

27   _____

28      [1] See Docket Entry of November 2, 2006.

1         IT IS ORDERED setting an expedited hearing on the Trustee's Objection to the

2    Debtor's Motion on the 4th day of January, 2007, at 10:00 a.m. at the United States Bankruptcy

3    Court, 230 N. First Avenue, Seventh Floor, Courtroom 701, Phoenix, Arizona, 85003..

4         IT IS FURTHER ORDERED continuing the Debtor's 341 meeting until after

5    such a time as this matter has been heard.

6         IT IS FURTHER ORDERED directing the Clerk's Office/Trustee  to provide

7    immediate notice of this Order to all interested parties, and  file an affidavit of service thereon.

8         DATED this 22st day of December, 2006.

9

10

11   HONORABLE SARAH SHARER CURLEY
     United States Bankruptcy Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28